FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Sep 29 2025

**KEVIN P. WEIMER** , Clerk

By: s/ T. Frazier

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LENSTON DAUGHERTY, III,

    Plaintiff,

  v.

GOODWILL INDUSTRIES OF
NORTH GEORGIA,

    Defendant.

CIVIL ACTION FILE NO.

1:25-CV-04001-MHC-JHR

## FINAL REPORT AND RECOMMENDATION

This matter is before the Court on the defendant's Motion to Dismiss [2] and the plaintiff's Motion to Remand [7].

Plaintiff, Lenston Daugherty, III, filed this action against his former employer, Goodwill Industries of North Georgia, in the Superior Court of DeKalb County, Georgia, alleging claims for constructive discharge, hostile work environment, retaliation, and perjury. (Compl. [1-1] at 6.) Because the plaintiff's claims mirror the allegations set forth in his EEOC Charge of Discrimination, the defendant timely removed the case to this Court based on federal question jurisdiction. (See Notice of Removal [1] & Ex. B [1-2] (Charge of Discrimination

asserting claims under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967, and the Americans with Disabilities Act of 1990)).

Following removal, the defendant filed a Motion to Dismiss [2].  The plaintiff filed a Response [6], seeking to remand this case and explaining that the Court does not have federal question jurisdiction because the Complaint "makes no relational claim" under Title VII, the ADEA, or the ADA.  (Pl. Mot. [7] 4.)  The plaintiff explains that he did not cite any federal statutes in the Complaint "because they are not a part of [his] case" and he "had no intention to file his claim[s] based on the previously, (dismissed) complaint EEOC [Charge No.] 410-2025-02099."  (Id. at 6.)  In Response, the defendant "concedes that remand is appropriate and does not oppose Plaintiff's Motion to Remand."  (Def.'s Reply [8] 3.)

Accordingly, the undersigned **RECOMMENDS** that the defendant's Motion to Dismiss [2] be **DENIED AS MOOT**, the plaintiff's Motion to Remand [7] be **GRANTED**, and this case be **REMANDED** to the Superior Court of DeKalb County, Georgia.

**SO RECOMMENDED**, this 29th day of September, 2025.

_____
JOHN H. RAINS IV
UNITED STATES MAGISTRATE JUDGE

2